UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CARL MADISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-3283 |
| ) | |
| RENATTA FRAZIER, KOURTNEY W. ) | |
| MITCHELL, RENATTA'S HEART, ) | |
| INC., an Illinois Corporation, and ) | |
| THE FRAZIER FOUNDATION, ) | |
| INC., an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Court considers the Defendants' Motion to Dismiss (d/e 19).

In an effort to prevail on their motion, the Defendants have submitted a letter from the National Black Police Association, and affidavits from Renatta Frazier and Ralph Harris. The Defendants rely on these materials to show that the Plaintiff's suit should be dismissed.

Because the Plaintiff did not include the letter and the affidavits

1

with his submissions to the Court, the materials are outside the pleadings. The inclusion of such items converts a motion to dismiss into a motion for summary judgment. See Fed.R.Civ.P. 12(b). The Defendants appear to anticipate this result by asking the Court to "alternatively" consider their motion to dismiss as a motion for summary judgment.

Ergo, the Defendants' Motion to Dismiss (d/e 19) will be deemed a summary judgment motion because it includes materials outside the pleadings. Defendants are ordered to file a fully briefed memorandum in support of summary judgment by July 28, 2006. The Plaintiff's response is due August 25, 2006. If the Defendants wish to reply, they must do so by September 8, 2006.

IT IS SO ORDERED.

ENTER: June 28, 2006

FOR THE COURT:

s/Richard Mills
United States District Judge